# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>AT&T INC., et al. | § § § § § § § | CASE NO. 2:21-cv-00415-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al. | § § § § § § § § § | CASE NO. 2:21-cv-00416-JRG<br>(Member Case) |
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>T-MOBILE USA, INC., et al. | § § § § § § § § | CASE NO. 2:21-cv-00418-JRG<br>(Member Case) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Telecom Network Solutions, LLC ("Telecom" or "Plaintiff") and Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc.'s (collectively, "AT&T"), Cellco Partnership d/b/a Verizon Wireless ("VZW" or "Defendants" or "Verizon"), and T-Mobile USA, Inc., T-Mobile US, Inc. (collectively, "T-Mobile"), and Defendant Sprint Corp. ("Sprint") (together with "T-Mobile," "Defendants") hereby jointly submit this motion seeking entry of the Stipulated Protective Order, attached as Exhibit A. The parties jointly request that the Court enter the Agreed Protective Order.

Dated: April 21, 2022

Respectfully submitted,

*/s/ R. Allan Bullwinkel*
Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
HEIM PAYNE & CHORUSH LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: 713-221-2000
Facsimile: 713-221-2021

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: 903-757-6400
Facsimile: 903-757-2323

**ATTORNEYS FOR PLAINTIFF TELECOM NETWORK SOLUTIONS, LLC**

Respectfully submitted:

*/s/ Kevin Anderson*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Kevin Paul Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7800
Facsimile: (202) 776-7801

Holly Elin Engelmann
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7226
Facsimile: (214) 292-9454

Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6998
Facsimile: (404) 253-6901

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

Respectfully submitted:

*/s/ Matthew S. Yungwirth*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6998
Facsimile: (404) 253-6901

*Attorneys for Defendant AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc*

Respectfully submitted,

/s/ *Theodore J. Angelis*
**Theodore J. Angelis**
Washington State Bar No. 30300
E-mail:  theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6006

**Robert W. Weber**
Texas State Bar No. 21044800
E-mail: bweber@smithweber.com
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
Texarkana, TX 75503
TEL:  903-223-5656
FAX:  903-223-5652

*Attorneys for Defendants T-Mobile USA, Inc.;*
*T-Mobile US, Inc., and Sprint Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via CM/ECF.

*/s/ R. Allan Bullwinkel*
R. Allan Bullwinkel

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing this motion, the parties met and conferred. This is a joint motion.

*/s/ R. Allan Bullwinkel*
R. Allan Bullwinkel
