# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TELECOM NETWORK SOLUTIONS, LLC <br><br> v. <br><br> AT&T INC., et al. | § § § § § § § § | CASE NO. 2:21-cv-00415-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| TELECOM NETWORK SOLUTIONS, LLC <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al. | § § § § § § § § § | CASE NO. 2:21-cv-00416-JRG <br> (Member Case) |
| TELECOM NETWORK SOLUTIONS, LLC <br><br> v. <br><br> T-MOBILE USA, INC., et al. | § § § § § § § § | CASE NO. 2:21-cv-00418-JRG <br> (Member Case) |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF

Jason McManis, Masood Anjom, Justin Chen, Weining Bai, and Ahmad, Zavitsanos & Mensing, P.C. (collectively "Withdrawing Attorneys") hereby request the Court permit them to withdraw as attorney of record in the above-referenced matters for Plaintiff Telecom Network Solutions, LLC, and show as follows:

1. Withdrawing Attorneys request permission to withdraw from representing Plaintiff in the above-referenced matters, to which Plaintiff does not object.

2. Plaintiff will continue to be represented by the attorneys at Heim, Payne & Chorush, LLP and Ward, Smith & Hill, PLLC in the above-referenced matters. Their contact information remains as follows:

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: 713-221-2000
Facsimile: 713-221-2021

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: 903-757-6400
Facsimile: 903-757-2323

3. Amir Alavi is not withdrawing as counsel for Plaintiff, but Mr. Alavi is no longer associated with Ahmad, Zavitsanos & Mensing, P.C., and the Withdrawing Attorneys expect that Mr. Alavi will be filing a notice of change of address and affiliation with the Court.

Accordingly, Withdrawing Attorneys respectfully request the Court grant this motion to withdraw as attorneys of record.

Dated: May 4, 2022

Respectfully submitted,

 */s/ Jason McManis* 
Masood Anjom
Texas Bar No. 24055107
manjom@ azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Jason McManis
Texas Bar No. 24088032
jmcmanis@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com

**AHMAD, ZAVITSANOS & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**WITHDRAWING ATTORNEYS FOR PLAINTIFF TELECOM NETWORK SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on May 4, 2022. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

*/s/ Jason McManis*
Jason McManis

## CERTIFICATE OF CONFERENCE

I certify that I have conferred over email with counsel for all Defendants in the above-captioned proceedings, and all Defendants have agreed to the relief sought herein.

*/s/ Weining Bai*
Weining Bai