# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TELECOM NETWORK SOLUTIONS, LLC, <br><br> v. <br><br> AT&T INC., et al. | § § § § § | Case No. 2:21-cv-00415-JRG <br> *(Lead Case)* <br><br> JURY TRIAL DEMANDED |
| TELECOM NETWORK SOLUTIONS, LLC, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al. | § § § § § § | Case No. 2:21-cv-00416-JRG <br> *(Consolidated Case)* <br><br> Jury Trial Demanded |
| TELECOM NETWORK SOLUTIONS, LLC, <br><br> v. <br><br> T-MOBILE USA, INC., et al. | § § § § § § § | Case No. 2:21-cv-00418-JRG <br> *(Consolidated Case)* <br><br> Jury Trial Demanded |

## **ORDER**

Before the Court is Plaintiff Telecom Network Solutions, LLC's Unopposed Motion for Withdrawal of Jason McManis, Masood Anjom, Justin Chen, Weining Bai, and Ahmad, Zavitsanos & Mensing, P.C. (collectively "Withdrawing Attorneys") as counsel for the Plaintiff. Having considered Plaintiff's motion, and good cause appearing therefore,

It is therefore **ORDERED** that the motion for withdrawal of Jason McManis, Masood Anjom, Justin Chen, Weining Bai, and the law firm of Ahmad, Zavitsanos & Mensing, P.C. as attorneys of record for the Plaintiff is **GRANTED**, and that Jason McManis, Masood Anjom, Justin Chen, Weining Bai, and the law firm of Ahmad, Zavitsanos & Mensing P.C. be withdrawn as counsel for Plaintiff and be removed from the Electronic Case Filing notification list.

**It is SO ORDERED.**