**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TELECOM NETWORK SOLUTIONS, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>AT&T INC., et al.,<br><br>           Defendants. | **CASE NO. 2:21-cv-00415-JRG**<br>**(Lead Case)** |
| TELECOM NETWORK SOLUTIONS, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>           Defendants. | **CASE NO. 2:21-cv-00416-JRG**<br>**(Member Case)** |
| TELECOM NETWORK SOLUTIONS, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC., et al.,<br><br>           Defendants. | **CASE NO. 2:21-cv-00418-JRG**<br>**(Member Case)** |

**DEFENDANT VERIZON WIRELESS' NOTICE OF ATTORNEY APPEARANCE OF
MICHAEL W. DE VRIES**

Defendant Cellco Partnership D/B/A Verizon Wireless ("Verizon") files this Notice of Appearance of Counsel and hereby notifies the Court that Michael W. De Vries of the law firm Kirkland & Ellis LLP, 555 S. Flower Street, Los Angeles, California 90071 with an email address of michael.devries@kirkland.com is appearing as additional counsel for Verizon. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  August 31, 2022

Respectfully submitted,

/s/ Michael W. De Vries
Michael W. De Vries
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Adam R. Alper (*pro hac vice* pending)
Akshay S. Deoras (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Leslie M. Schmidt (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sarah Mikosz (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**

1

2049 Century Park East, Suite 3700
Los Angeles, CA 90067
sarah.mikosz@kirkland.com
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Deron R. Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
ddacus@dacusfirm.com
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Kevin Paul Anderson
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, DC 20004
kpanderson@duanemorris.com
Telephone: (202) 776-7800
Facsimile: (202) 776-7801

Holly Elin Engelmann
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
hengelmann@duanemorris.com
Telephone: (214) 257-7226
Facsimile: (214) 292-9454

Glenn D. Richeson
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309
gdricheson@duanemorris.com
Telephone: (404) 253-6998
Facsimile: (404) 253-6901

*Counsel for Defendant Cellco Partnership D/B/A Verizon Wireless*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on August 31, 2022.

<i>/s/ Michael W. De Vries</i><br>
Michael W. De Vries

3