IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>AT&T INC., et al. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:21-cv-415-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al. | §<br>§<br>§<br>§<br>§ | Case No. 2:21-cv-416-JRG<br>(Member Case) |
| TELECOM NETWORK SOLUTIONS, LLC<br><br>v.<br><br>T-MOBILE USA, INC., et al. | §<br>§<br>§<br>§<br>§ | Case No. 2:21-cv-418-JRG<br>(Member Case) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Telecom Network Solutions, LLC and Defendants AT&T Communications LLC, AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc., Sprint Spectrum LLC, Cellco Partnership d/b/a Verizon Wireless, T-Mobile US, Inc., and T-Mobile USA, Inc. file this Joint Motion to Stay All Deadlines and Notice of Settlement.  The Parties hereby notify the Court that all matters in controversy between the parties have been settled in principle, and request the Court stay all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days.

Dated: March 9, 2023

<u>/s Michael Heim</u>
Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: 713-221-2000
Facsimile: 713-221-2021

Amir Alavi
Texas Bar No. 00793239
**ALAVI & ANAIPAKOS, PLLC**
3417 Mercer Street, Suite C
Houston, Texas 77027
713-751-2363
713-751-2341 (fax)
aalavi@aatriallaw.com

T. John Ward, Jr.
TX State Bar No. 00794818
Andrea L. Fair
TX State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, TELECOM NETWORK SOLUTIONS, LLC**

<u>/s/ Kevin Anderson</u>
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Kevin Paul Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7800
Facsimile: (202) 776-7801

Holly Elin Engelmann
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7226
Facsimile: (214) 292-9454

Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6998
Facsimile: (404) 253-6901

Michael W. De Vries
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Adam R. Alper (pro hac vice)
Akshay S. Deoras (pro hac vice)

/s/ Theodore J. Angelis
Robert W. Weber
Texas State Bar No. 21044800
E-mail: bweber@smithweber.com
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
Texarkana, TX 75503
Telephone: 903-223-5656
Facsimile: 903-223-5652

Theodore J. Angelis
Washington State Bar No. 30300
E-mail: theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6006

**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC., T-MOBILE US, INC., AND SPRINT SPECTRUM LLC**

/s/ Matthew S. Yungwirth
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6998
Facsimile: (404) 253-6901

**ATTORNEYS FOR DEFENDANT AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC.**

**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Leslie M. Schmidt (pro hac vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sarah Mikosz (pro hac vice)
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
sarah.mikosz@kirkland.com
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

*/s/ Michael Heim*
Michael Heim

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement in Local Rule CV-7(h) and the motion is submitted as agreed.

*/s/ Michael Heim*
Michael Heim