IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TELECOM NETWORK SOLUTIONS, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC., SPRINT SPECTRUM LLC, | § § § § § § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00415-JRG <br>(LEAD CASE) |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § | CIVIL ACTION NO.  2:21-CV-00416-JRG <br>(MEMBER CASE) |
| T-MOBILE USA, INC., T-MOBILE US, INC., SPRINT SPECTRUM LLC, <br><br>*Defendants*. | § § § § § | CIVIL ACTION NO.  2:21-CV-00418-JRG <br>(MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Telecom Network Solutions, LLC and Defendants AT&T Communications LLC, AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc., Sprint Spectrum LLC, Cellco Partnership d/b/a Verizon Wireless, T-Mobile US, Inc., and T-Mobile USA, Inc. (Dkt. No. 143.) In the Motion, the parties represent that they have reached a settlement in principle. (*Id*. at 1.) The parties request a stay of the above-captioned case for thirty (30) days to finalize and effectuate the terms of the settlement agreement. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED**

for thirty (30) days, up to and including April 10, 2023, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 10th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE